**Motion Granted; Order filed October 4, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00232-CR

_____

**MICHAEL E. C. DONALD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 77089-CR**

## ORDER

The reporter's record in this case was due July 1, 2016. *See* Tex. R. App. P. 35.1. We granted three extensions of time to file the reporter's record until October 3, 2016. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No record was filed. On October 3, 2016, Robin Rios, the court reporter, filed a further request for extension

of time to file the reporter's record.  To date, the court reporter has submitted no record.  We grant the request and issue the following order.

Accordingly, we order Robin Rios to file the reporter's record with the clerk of this court on or before November 3, 2016. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If Robin Rios does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM